UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>    Defendants.<br><br>WILDEARTH GUARDIANS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR, et al.,<br><br>    Defendants.<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | Case No.  21-cv-00344-JSW<br>               21-cv-00349-JSW<br>               21-cv-00561-JSW<br><br>**ORDER GRANTING MOTIONS TO EXTEND TIME**<br><br>Re: Dkt. Nos. 38, 43, 35 |

Upon consideration of the Motions to Extend Time to File Responsive Pleading filed by the Sportsmen's Alliance Foundation, Rocky Mountain Elk Foundation, Wisconsin Bear Hunters Association, and Michigan Bear Hunters Association (collectively, "Sportsmen Conservation Coalition") and the documents submitted in support thereof, IT IS HEREBY ORDERED that the Motion is GRANTED and the Sportsmen Conservation Coalition may file their proposed answers to the complaints in these civil actions within seven (7) calendar days (as such period may be extended by the operation of Rule 6, Federal Rules of Civil Procedure) after the filing of their motion to allow their intervention in these actions as applicant defendant-intervenor.

**IT IS SO ORDERED.**

Dated: May 7, 2021

_____
JEFFREY S. WHITE
United States District Judge