1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DEBRA HAALAND, Secretary of the Department of the Interior, *et al.*, <br><br> Defendants, and <br><br> NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL, <br><br> Defendant-Intervenors. | Case No. 4:21-cv-349-JSW <br><br> **Related Cases:** <br> 4:21-cv-344-JSW <br> 4:21-cv-561-JSW <br><br> **[PROPOSED] ORDER GRANTING NATIONAL RIFLE ASSOCIATION AND SAFARI CLUB INTERNATIONAL'S MOTION TO DISMISS AND STRIKE** |

[Proposed] Order Granting Motion to Dismiss and Strike, Case No. 4:21-cv-349-JSW

1

1  Before the Court is the National Rifle Association of America and Safari Club International's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) and to Strike Plaintiffs' Second Amended Complaint.  Having fully considered the matter, the Court finds that Plaintiffs filed an untimely Second Amended Complaint under Rule 15(a)(1)(B).

Good cause appearing, the Court hereby **GRANTS** the Motion to Dismiss and Strike.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Jeffrey S. White
United States District Judge