JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Tel: 303-844-1479 / Fax: 303-844-1350
Email: Michael.Eitel@usodj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | Case No.  21-cv-00344-JSW<br>21-cv-00349-JSW<br>21-cv-00561-JSW<br><br>**NOTICE OF FILING ADMINISTRATIVE RECORD** |
| WILDEARTH GUARDIANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR, et al.,<br><br>Defendants. | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | |

The U.S. Fish and Wildlife Service has compiled and certified the administrative record for the Final Rule and Notification of Petition Finding, 85 Fed. Reg. 69,778 (Nov. 3, 2020). The agency's certification is attached as Exhibit 1, the certified index is attached as Exhibit 2, and the administrative record documents are located on an electronic database (box.com) or USB thumb drives.

The parties proposed in the joint case management statement that, on or before May 28, 2021, Federal Defendants would manually file (on USB flash drives or equivalent) the administrative record for the challenged agency rule. *See* ECF 41, 21-cv-00344-JSW, at 11-12. Federal Defendants are thus transmitting to the Clerk's Office for filing three original copies and one courtesy copy of the administrative record contained on USB flash drives. By agreement of the parties, Federal Defendants are serving a copy of the administrative record on the parties by electronic means (box.com file transfer), except for counsel for proposed intervenor American Farm Bureau Federation, *et al.*, who wanted to be served with a USB flash drive.

DATED: May 28, 2021.

JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Michael R. Eitel*
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Tel: 303-844-1479 / Fax: 303-844-1350
Email: Michael.Eitel@usodj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>　　　　Defendants. | Case No.  21-cv-00344-JSW<br>　　　　　 21-cv-00349-JSW<br>　　　　　 21-cv-00561-JSW<br><br>**CERTIFICATE OF SERVICE** |
| WILDEARTH GUARDIANS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>　　　　Plaintiff<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | |

　　　I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record. I also certify that I caused to be available via box.com download a copy of the administrative record to the following:

**For Defenders of Wildlife, et al., Plaintiffs:**
Linda Hunsinger, lhunsinger@earthjustice.org
**For NRDC Plaintiffs:**
Jared Knicley, jknicley@nrdc.org
Frank Sturges, fsturges@nrdc.org
**For WildEarth Guardians, et al., Plaintiffs**:

Kelly Nokes, nokes@westernlaw.org
John Mellgren, nokes@westernlaw.org

**For Defendant-Intervenors (or proposed):**

Jeremy Clare, jclare@safariclub.org
Regina Lennox, rlennox@safariclub.org
Stanford H. Atwood, Jr., stanford@atwoodlaw.net
Hadan W Hatch, hhatch@nrahq.org
Michael T Jean, mjean@nrahq.org
George Richard Pitts, gpitts@bhb.com

I certify that I caused a copy of the administrative record located on USB thumb drive to be sent to:

Karma Barsam Brown
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
202-955-1893
Email: kbbrown@huntonak.com

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael R. Eitel*
　　　　　　　　　　　　　　　　　　　　　MICHAEL R. EITEL