SHARTSIS FRIESE LLP
PAUL P. SPAULDING, III (Bar #83922)
sspaulding@sflaw.com
SANJEET S. GANJAM (Bar #285615)
sganjam@sflaw.com
SUZANNE S. ORZA (Bar #312906)
sorza@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Amici Curiae

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al*.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al*.,<br><br>　　　　Defendants.<br><br>WILDEARTH GUARDIANS, *et al*.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR, *et al*.,<br><br>　　　　Defendants.<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*.,<br><br>　　　　Defendants. | Case Nos.　4:21-cv-00344-JSW<br>　　　　　　　4:21-cv-00349-JSW<br>　　　　　　　4:21-cv-00561-JSW<br><br>[PROPOSED] **ORDER GRANTING MOTION FOR LEAVE TO APPEAR AND FILE AMICI CURIAE BRIEF FOR ANIMAL WELLNESS ACTION; ANIMAL WELLNESS FOUNDATION; SAULT STE. MARIE TRIBE OF CHIPPEWA INDIANS; ALLIANCE FOR ANIMALS; EARTHDAY.ORG; FRIENDS OF THE WISCONSIN WOLF & WILDLIFE; GOOD WOLF; LEAGUE OF HUMANE VOTERS - WISCONSIN; NATIONAL WOLFWATCHER COALITION; PLAN B FOR WOLVES; SPCA INTERNATIONAL; THE CENTER FOR A HUMANE ECONOMY; THE 06 LEGACY; WISCONSIN WOLF FRONT UNITED; AND WOLF PATROL IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

| Case No.<br>21-cv-00344-JSW | [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO<br>APPEAR AS AMICI CURIAE AND TO FILE AMICI CURIAE BRIEF |
|---|---|

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

The Court has considered the Motion brought by Animal Wellness Action, Animal Wellness Foundation, Sault Ste. Marie Tribe of Chippewa Indians, Alliance for Animals, EARTHDAY.ORG, Friends of the Wisconsin Wolf & Wildlife, Good Wolf, League of Humane Voters - Wisconsin, National Wolfwatcher Coalition, Plan B for Wolves, SPCA International, The Center for a Humane Economy, The 06 Legacy, Wisconsin Wolf Front United, and Wolf Patrol (collectively "Amici Curiae") for Leave to Appear as Amici Curiae and to File their proposed Amici Curiae Brief in support of Plaintiffs' Joint Motion for Summary Judgment filed on July 16, 2021 in these three related cases: No. 4:21-cv-00344-JSW, 4:21-cv-00349-JSW, and 4:21-cv-00561-JSW.

IT IS HEREBY ORDERED THAT the Amici Curiae's Motion is GRANTED and Animal Wellness Action, Animal Wellness Foundation, Sault Ste. Marie Tribe of Chippewa Indians, Alliance for Animals, EARTHDAY.ORG, Friends of the Wisconsin Wolf & Wildlife, Good Wolf, League of Humane Voters - Wisconsin, National Wolfwatcher Coalition, Plan B for Wolves, SPCA International, The Center for a Humane Economy, The 06 Legacy, Wisconsin Wolf Front United, and Wolf Patrol may file the Amici Curiae Brief submitted as **Exhibit A** to the Motion.

DATED: August 9, 2021

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

9013599