Colette Routel, (MN#0313336)
Mitchell Hamline School of Law
875 Summit Avenue
St. Paul, MN 55105
(651) 290-6327
colette.routel@mitchellhamline.edu
*Appearing Pro Hac Vice*

Deborah A. Sivas, (CA#135446)
Stanford Law School
559 Nathan Abbott Way
Rm. N120, Neukom Building
Stanford, CA 94305
(650) 723-0325
dsivas@stanford.edu
*Counsel for Amici Tribes*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. FISH AND WILDLIFE SERVICE *et al.*,<br><br>　　　　Defendants.<br><hr>WILDEARTH GUARDIANS *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR *et al.*,<br><br>　　　　Defendants.<br><hr>NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>　　　　Defendants. | Case No. 4:21-cv-00344-JSW<br><br>Related Cases:　4:21-cv-00349-JSW<br>　　　　　　　　4:21-cv-00561-JSW<br><br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF FOR AMICI TRIBES IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br><br>Hearing Date: November 12, 2021<br>Time: 9 a.m.<br>Courtroom 5<br>Before Judge Jeffrey S. White |

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE AND
TO FILE AMICI CURIAE BRIEF

This Court has considered the Motion brought by Red Cliff Band of Lake Superior Chippewa Indians, Lac Courte Oreilles Band of Lake Superior Chippewa Indians, Lac du Flambeau Band of Lake Superior Chippewa Indians, Bay Mills Indian Community, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Keweenaw Bay Indian Community, St. Croix Chippewa Indians of Wisconsin, Sokaogon Chippewa Community, Fond du Lac Band of Lake Superior Chippewa, and the Mille Lacs Band of Ojibwe (collectively "Amici Tribes"), for Leave to Appear as Amici Curiae and to file their proposed Amici Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment filed on July 16, 2021 in the following related cases: No. 4:21-cv-00344-JSW, 4:21-cv-00349-JSW, and 4:21-cv-00561-JSW.

IT IS HEREBY ORDERED THAT the Amici Curiae's motion is granted and that the Amici Tribes may file the Amici Curiae Brief submitted on July 23, 2021 with their Motion.

DATED: August 9, 2021

_____
Hon. Jeffrey S. White
United States District Court Judge