LANE E. RUHLAND (WI Bar No. #1092930)
*Pro Hac Vice Application Pending*
**RUHLAND LAW AND STRATEGY, LLC**
215 South Century Avenue, #198
Waunakee, Wisconsin 53597
Phone: (608) 291-7504
Email: lane@ruhlandlaw.com

GEORGE M. LEE [Cal. State Bar No. 172982]
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA 94111
Phone: (415) 979-0500
Fax (415) 979-0511
Email: gml@seilerepstein.com

*Counsel for Amicus Curiae*
*Hunter Nation, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants.<br><br>────────────────<br><br>WILDEARTH GUARDIANS, et al.,<br><br>Plaintiffs,<br>v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR, et al.,<br><br>Defendants. | Case Nos. 4:21-cv-00344-JSW<br>4:21-cv-00349-JSW<br>4:21-cv-00561-JSW<br><br>[PROPOSED] **ORDER GRANTING MOTION OF *AMICUS CURIAE* HUNTER NATION, INC. FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** November 12, 2021<br>**Time:** 9:00 a.m.<br>**Courtroom:** 5<br>**Judge:** Hon. Jeffrey S. White |

1
2
3
4
5
6
7

NATURAL RESOURCES DEFENSE
COUNCIL, INC.,

                    Plaintiffs,
        v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, et al.,

                    Defendants.

8
9

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

10

        The Court considered the motion of Hunter Nation, Inc. ("Hunter Nation") for leave to file a

11

brief as amicus curiae in support of Defendants' and Intervenor-Defendants' Motions for Summary

12

Judgment and opposing Plaintiffs' Joint Motion for Summary Judgment filed August 20, 2021 and

13

August 27, 2021 in these three related cases: 4:21-cv-0344-JSW, 4:21-cv-00349-JSW, and 4:21-cv-

14

00561-JSW.

15

        IT IS HEREBY ORDERED THAT the Hunter Nation's motion is GRANTED and that

16

Hunter Nation may file the amicus curiae brief submitted as Exhibit A to its motion.

17

        SO ORDERED.

18
19

Dated: ____September 1, 2021_____        _____

                                                UNITED STATES DISTRICT JUDGE

20
21
22
23
24
25
26
27
28

- 2 -
ORDER GRANTING MOTION OF HUNTER NATION, INC. FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS
CASE NOS. 4:21-cv-00344-JSW | 4:21-cv-00349-JSW | 4:21-cv-00561-JSW