Stanford H. Atwood, Jr., CA Bar No. 37362
Atwood & Associates
750 University Avenue, Suite 130
Los Gatos, California 95032
Tel:  408-395-5503
Fax:  408-395-5519
stanford@atwoodlaw.net

Michael T. Jean, MI Bar No. P76010*
National Rifle Association of America
11250 Waples Mill Road
Fairfax, Virginia 22030
Tel:  703-267-1161
mjean@nrahq.org

Jeremy E. Clare, D.C. Bar No. 1015688*
Regina Lennox, D.C. Bar No. 1671299*
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Tel:  202-543-8733
jclare@safariclub.org
rlennox@safariclub.org

*Attorneys for Defendant-Intervenors*
*National Rifle Association of America and*
*Safari Club International*
*Appearing pro hac vice

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FISH AND WILDLIFE SERVICE, *et al.*, <br><br> Defendants, and | Case No. 4:21-cv-344-JSW <br> 4:21-cv-349-JSW <br> 4:21-cv-561-JSW <br><br> **NOTICE OF APPEAL BY NATIONAL RIFLE ASSOCIATION OF AMERICA AND SAFARI CLUB INTERNATIONAL** |

Notice of Appeal by NRA and SCI, Case No. 4:21-cv-344-JSW, 4:21-cv-349-JSW, 4:21-cv-561-JSW

1

NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL,

    Defendant-Intervenors.

WILDEARTH GUARDIANS, *et al.*,

    Plaintiffs,

        vs.

DEBRA HAALAND, *et al.*,

    Defendants, and

NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL,

    Defendant-Intervenors.

NATURAL RESOURCES DEFENSE COUNCIL, INC.,

    Plaintiff,

        vs.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

    Defendants, and

NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL,

    Defendant-Intervenors.

Please take notice that Defendant-Intervenors National Rifle Association of America and Safari Club International jointly appeal to the United States Court of Appeals for the Ninth Circuit from this Court's February 10, 2022 Order Resolving Cross-Motions for Summary Judgment in favor of Plaintiffs and against Defendants, and from the February 10, 2022 Judgment entered in favor Plaintiffs and against Defendants.  Dkt. 138, Dkt. 139.  Defendant-Intervenors appeal only the findings for which this Court granted Plaintiffs' Motion for Summary Judgment, including that remand with vacatur is appropriate.  Dkt. 138.

Defendant-Intervenors' Representation Statement is attached to this notice pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2.

Dated: April 11, 2022.

Respectfully Submitted,

Stanford H. Atwood, Jr.
CA Bar No. 37362
Atwood & Associates
750 University Avenue, Suite 130
Los Gatos, California 95032
Tel:  408-395-5503
Fax: 408-395-5519
stanford@atwoodlaw.net

Michael T. Jean, MI Bar No. P76010*
National Rifle Association of America
11250 Waples Mill Road
Fairfax, Virginia 22030
Tel:  703-267-1161
Fax: 703-267-3976
mjean@nrahq.org

/s/ Jeremy E. Clare
Jeremy E. Clare, D.C. Bar No. 1015688*
Regina Lennox, D.C. Bar No. 1671299*
Safari Club International
501 2nd Street N.E.
Washington, D.C.  20002
Tel:  202-543-8733
Fax: 202-403-2244

Notice of Appeal by NRA and SCI, Case No. 4:21-cv-344-JSW, 4:21-cv-349-JSW, 4:21-cv-561-JSW

jclare@safariclub.org
rlennox@safariclub.org

*Attorneys for Defendant-Intervenors*
*National Rifle Association of America and*
*Safari Club International*
*Appearing pro hac vice

Notice of Appeal by NRA and SCI, Case No. 4:21-cv-344-JSW, 4:21-cv-349-JSW, 4:21-cv-561-JSW

4

# REPRESENTATION STATEMENT

**Counsel for Joint Defendant-Intervenor-Appellants**

| | |
|---|---|
| Michael T. Jean<br>National Rifle Association of America<br>11250 Waples Mill Road<br>Fairfax, Virginia 22030<br>Tel: 703-267-1161<br>mjean@nrahq.org | Jeremy E. Clare<br>Regina Lennox<br>Safari Club International<br>501 2nd Street N.E.<br>Washington, D.C. 20002<br>Tel: 202-543-8733<br>jclare@safariclub.org<br>rlennox@safariclub.org |

**Counsel for Plaintiff-Appellees**

*Defenders of Wildlife, et al. (Case No. 21-cv-344)*

| | |
|---|---|
| Timothy J. Preso<br>Earthjustice<br>209 S. Willson Avenue<br>Bozeman, MT 59718<br>Tel: 406-586-9699<br>tpreso@earthjustice.org | Michael Mayer<br>810 Third Ave., Suite 610<br>Seattle, WA 98104<br>Tel: 206-343-7340<br>mmayer@earthjustice.org |
| Gregory C. Loarie<br>Earthjustice<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>Tel: 415-217-2000<br>gloarie@earthjustice.org | Kristen Lee Boyles<br>Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>Tel: 206-343-7340 x33<br>kboyles@earthjustice.org |

*WildEarth Guardians, et al. (Case No. 21-cv-349)*

| | |
|---|---|
| John R Mellgren<br>Western Environmental Law Center<br>120 Shelton McMurphey Blvd., Ste 340<br>Eugene, OR 97401<br>Tel: 541-359-0990<br>mellgren@westernlaw.org | Kelly E Nokes<br>Western Environmental Law Center<br>P.O. Box 18<br>Buena Vista, CO 81211<br>Tel: 575-613-8051<br>nokes@westernlaw.org |

Notice of Appeal by NRA and SCI, Case No. 4:21-cv-344-JSW, 4:21-cv-349-JSW, 4:21-cv-561-JSW

Jason Robert Flanders
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Tel: 916-202-3018
jrf@atalawgroup.com

*Natural Resources Defense Council, Inc. (Case No. 21-cv-561)*

Jared Eldridge Knicley
NRDC
1152 15th St. NW,
Suite 300
Washington, DC 20005
Tel: 202-513-6242
jknicley@nrdc.org

Francis William Sturges, Jr.
Natural Resources Defense Council
20 N. Wacker Dr.
Chicago, IL 60606
Tel: 312-847-6807
fsturges@nrdc.org

Katherine K Desormeau
Natural Resources Defense Council
111 Sutter Street, 21st floor
San Francisco, CA 94104
Tel: 415-875-6158
kdesormeau@nrdc.org

**Counsel for Federal Defendant-Appellees**

Michael Richard Eitel
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace 370
Denver, CO 80202
Tel: 303-844-1479
michael.eitel@usdoj.gov

Astrid Stuth Cevallos
DOJ-ENRD
ENRD
150 M St NE
Washington, DC 20002
Tel: 202-305-5751
astrid.cevallos@usdoj.gov

**Counsel for Defendant-Intervenor-Appellee State of Utah**

Jason DeForest
Utah Attorney General's Office
350 North State Street, Suite 5110
Salt Lake City, UT 84114
Tel: 385-395-9884
jdeforest@agutah.gov

Notice of Appeal by NRA and SCI, Case No. 4:21-cv-344-JSW, 4:21-cv-349-JSW, 4:21-cv-561-JSW

6

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Jeremy Clare
Jeremy Clare