ANTHONY L. RAMPTON (Utah Bar #2681) (*pro hac vice*)
KATHY A.F. DAVIS (Utah Bar #4022) (*pro hac vice*)
JASON DEFOREST (Utah Bar # 14628) (*pro hac vice*)
Assistant Attorneys General
SEAN D. REYES (Utah Bar #7969)
Utah Attorney General
5110 State Office Building
P.O. Box 142477
Salt Lake City, UT 84114-4277
Tel: (801) 537-9801
arampton@agutah.gov
kathydavis@agutah.gov
jdeforest@agutah.gov

*Attorneys for Intervenor-Defendant State of Utah*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, a non-profit organization; *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEBRA HAALAND, *et al.*,<br><br>*Defendants,*<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA, *et al.*;<br><br>*Defendant-Intervenors, and*<br><br>STATE OF UTAH<br><br>*Defendant-Intervenor.* | Case No. 4:21-cv-00349-JSW<br><br>Related Cases:<br>4:21-cv-00344-JSW<br>4:21-cv-00561-JSW<br><br>**DEFENDANT INTERVENOR STATE OF UTAH:**<br><br>**(1) NOTICE OF APPEAL; AND**<br><br>**(2) REPRESENTATION STATEMENT**<br><br>Honorable Judge Jeffery S. White |

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Intervenor-Defendant State of Utah hereby appeals the Court's February 10, 2022 Order (Case 4:21-cv-00349, Doc # 128). This appeal is taken to the United States Court of Appeals for the Ninth Circuit.

DATED this 11th day of April, 2022.

/s/ Jason DeForest
Anthony Rampton
Kathy Davis
Jason Deforest
*Attorneys for State of Utah*

**REPRESENTATION STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2, Intervenor-Defendant State of Utah hereby submits this Representation Statement. The following list identifies all parties to the action, and also identifies their respective counsel by name, firm, address, telephone number, and email where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellee WILDEARTH GUARDIANS | John R. Mellgren<br>Western Environmental Law Center<br>120 Shelton McMurphey Boulevard<br>Suite 340<br>Eugene, OR 97401<br>(541) 359-0990<br>Email: mellgren@westernlaw.org<br><br>Kelly E. Nokes<br>Western Environmental Law Center<br>P.O. Box 18<br>Buena Vista, CO 81211<br>(575) 613-8051<br>Email: nokes@westernlaw.org<br><br>Jason Robert Flanders<br>Aqua Terra Aeris Law Group<br>4030 Martin Luther King Jr. Way<br>Oakland, CA 94609<br>(916) 202-3018<br>Email: jrf@atalawgroup.com |
| Plaintiff-Appellee WESTERN WATERSHEDS PROJECT | John R. Mellgren<br>(See above for contact information)<br><br>Kelly E. Nokes<br>(See above for contact information) |
| Plaintiff-Appellee CASCADIA WILDLANDS | John R. Mellgren<br>(See above for contact information)<br><br>Kelly E. Nokes<br>(See above for contact information) |

| Plaintiff-Appellee ENVIRONMENTAL PROTECTION INFORMATION CENTER | John R. Mellgren<br>(See above for contact information)<br><br>Kelly E. Nokes<br>(See above for contact information) |
|---|---|
| Plaintiff-Appellee KLAMATH FOREST ALLIANCE | John R. Mellgren<br>(See above for contact information)<br><br>Kelly E. Nokes<br>(See above for contact information) |
| Plaintiff-Appellee KLAMATH SISKIYOU WILDLANDS CENTER | John R. Mellgren<br>(See above for contact information)<br><br>Kelly E. Nokes<br>(See above for contact information) |
| Plaintiff-Appellee THE LANDS COUNCIL | John R. Mellgren<br>(See above for contact information)<br><br>Kelly E. Nokes<br>(See above for contact information) |
| Plaintiff-Appellee WILDLANDS NETWORK | John R. Mellgren<br>(See above for contact information)<br><br>Kelly E. Nokes<br>(See above for contact information) |
| Plaintiff-Appellee KETTLE RANGE CONSERVATION GROUP | John R. Mellgren<br>(See above for contact information)<br><br>Kelly E. Nokes<br>(See above for contact information) |
| Defendant-Appellant U.S. FISH AND WILDLIFE SERVICE | Michael Richard Eitel<br>U.S. Department of Justice<br>Environmental and Natural Resources Division<br>Wildlife and Marine Resources Section<br>999 18th Street, South Terrace 370<br>Denver, CO 80202<br>(303) 844-1350<br>Fax: (303) 844-1350<br>Email: Michael.eitel@usdoj.gov |

| | |
|---|---|
| | Astrid Stuth Cevallos<br>DOJ-Enrd<br>Enrd<br>150 M St NE<br>Washington, DC 20002<br>(202) 305-5751<br>Email: astrid.cevallos@usdoj.gov |
| Defendant-Appellant DEBRA HAALAND,<br>U.S. SECRETARY OF THE INTERIOR | Michael Richard Eitel<br>(See above for contact information)<br><br>Astrid Stuth Cevallos<br>(See above for contact information) |
| Intervenor-Defendant-Appellant NATIONAL<br>RIFLE ASSOCIATION OF AMERICA | Stanford H. Atwood, Jr.<br>Atwood & Associates<br>750 University Avenue<br>Suite 130<br>Los Gatos, CA 95032<br>(408) 395-5519<br>Fax: (408) 395-5519<br>Email: stanford@atwoodlaw.net<br><br>Hadan W. Hatch<br>National Rifle Association<br>Office of Litigation Counsel<br>11250 Waples Mill Road<br>Fairfax, VA 22030<br>(703) 267-1161<br>Fax: (703) 267-3976<br>Email: hhatch@nrahq.org<br><br>Michael T. Jean<br>NRA – ILA<br>11250 Waples Mill Road<br>Fairfax, VA 22030<br>(703) 267-1158<br>Email: mjean@nrahq.org |
| Intervenor-Defendant-Appellant SAFARI<br>CLUB INTERNATIONAL | Jeremy Evan Clare<br>Safari Club International<br>501 2nd St. NE<br>Washington, DC 20002<br>(202) 609-8179<br>Fax: (202) 403-2244<br>Email: jclare@safariclub.org |

| | |
|---|---|
| | Regina Lennox<br>Safari Club International 501 2nd St. NE<br>Washington, DC 20002<br>(202) 309-7862<br>Email: rlennox@safariclub.org |
| Intervenor-Defendant-Appellant STATE OF UTAH | Jason DeForest<br>Utah Attorney General's Office<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114<br>(385) 395-9884<br>Email: jdeforest@agutah.gov<br><br>Anthony Rampton<br>Utah Attorney General's Office<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114<br>(801) 366-0260<br>arampton@agutah.gov |

DATED this 11th day of April, 2022.

/s/ Jason DeForest_____
Anthony Rampton
Kathy Davis
Jason Deforest
*Attorneys for State of Utah*